**E. B. LEATHERMAN,** .as Clerk of the Circuit Court for the Eleventh Judicial Circuit in and for Dade County, Florida, Appellant, v. **CONNECTICUT GENERAL LIFE INSURANCE COMPANY,** a corporation, Appellee.

July 2, 1946        .        Division A

The decree appealed from is affirmed.

**J. J. LAMB, INC.,** a Florida corporation, Appellant, v. **ROSE MARIE NORCROSS** and **R. E. NORCROSS,** her husband, Appellees.

July 2, 1946        Division A

Affirmed.

**ARTHUR L. FITZHUGH,** et al., Appellants, v. **JULIA M. KINSMAN,** Appellee.

July 2, 1946        Special Division B

Affirmed.